UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -against-

Miguel Lavergne
                Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

Defendant _____ hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

☐    Initial Appearance Before a Judicial Officer

☒    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐    Guilty Plea/Change of Plea Hearing

☐    Bail/Detention Hearing

☐    Conference Before a Judicial Officer - Assignment of Counsel

(During a phone call on February 2, 2022, Mr. Lavergne authorized Benjamin Gold to affix his electronic signature to this form).

*Miguel Lavergne*                               *Ben G*
Defendant's Signature                      Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Miguel Lavergne                             Benjamin Gold
Print Defendant's Name                  Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

2-3-2022                                   *Judith C. McCarthy*
Date                                         ~~U.S. District Judge/~~U.S. Magistrate Judge