UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------- x
                                                 :

UNITED STATES OF AMERICA

                                                 :     CONSENT PRELIMINARY ORDER
              - v. -                               OF FORFEITURE/
                                                 :     <u>MONEY JUDGMENT</u>

MIGUEL LAVERGNE,
                                                 :     22 Cr. 46 (CS)

         Defendant.
                                                 :
---------------------------------- x

        WHEREAS, on or about January 24, 2022, MIGUEL LAVERGNE (the "Defendant"), was charged in an Indictment, 22 Cr. 46 (the "Indictment"), with conspiracy to distribute fentanyl, in violation of Title 21, United States Code, Section 846 (Count One);

        WHEREAS, on or about December 14, 2022, the Defendant pled guilty to Count One of the Indictment, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count One of the Indictment and agreed to forfeit, pursuant to Title 21, United States Code, Section 853: a sum of money equal to $300 in United States currency, representing proceeds traceable to the commission of the offense charged in Count One of the Indictment;

        WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $300 in United States currency representing proceeds traceable to the offense charged in Count One of the Indictment that the Defendant personally obtained;

        WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offense charged in Count One of the Indictment that the Defendant personally obtained cannot be located upon the exercise of due diligence;

        IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United

States Attorney, Josiah Pertz of counsel, and the Defendant, and his counsel, Ben Gold, Esq., that:

1. As a result of the offense charged in Count One of the Indictment, to which the Defendant pled guilty, a money judgment in the amount of $300 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Count One of the Indictment, shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding Money Judgment shall be made by postal money order, bank or certified check, made payable to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate

or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

       7.       The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

       8.       The Clerk of the Court shall forward three certified copies of this Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment to Assistant United States Attorney Tara LaMorte, Co-Chief of the Money Laundering and Transnational Criminal Enterprises Unit, United States Attorney's Office, One St. Andrew's Plaza, New York, New York 10007.

[THIS SPACE LEFT INTENTIONALLY BLANK]

9. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:    /s/ Josiah Pertz                                 12-14-2022
      Josiah Pertz
      Assistant United States Attorney
      50 Main Street Suite 1100
      White Plains, NY 10606
      (914) 993-1966

MIGUEL LAVERGNE

By:    [signature]                                   12/14/22
      MIGUEL LAVERGNE                       DATE

By:    [signature]                                     12/14/22
      BEN GOLD, ESQ.                            DATE
      Attorney for Defendant

SO ORDERED:

[signature]                                                 12/14/22
HONORABLE CATHY SEIBEL             DATE
UNITED STATES DISTRICT JUDGE